# Order

Michigan Supreme Court
Lansing, Michigan

April 28, 2008

Clifford W. Taylor,
Chief Justice

135777

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 135777
COA: 275210
Macomb CC: 03-000991-FC

CONNY GEORGE MORITZ,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the January 10, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2008

_____
Clerk